

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00547-CR

ROLAND A. ALVARADO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 12 of Bexar County.  (Tr. Ct. No. 354155).

**TO THE COUNTY COURT AT LAW NO. 12 OF BEXAR COUNTY, GREETINGS:**

Before this Court, on the 2nd day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on April 15, 2014.  The Supreme Court of Texas transferred the appeal from the Court of Appeals for the Fourth District of Texas to this Court.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered June 2, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 14, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

